BURKE *v.* HIS CREDITORS.—FITZSIMONDS, appellant.

SLIDELL, C. J. For the reasons assigned in the case of *Burke* v. *His Creditors*, No. 3291 of the docket of this Court, decided this day:

It is ordered, adjudged and decreed, that the judgment of the Court below be affirmed ; the costs of appeal to be paid by appellant.